FILED
2010 Nov-30  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOM J. MITCHELL, and<br>BRITTANY ALLRED,<br><br>     Plaintiffs,<br><br>v.<br><br>MODERN WOODMEN OF<br>AMERICA,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:10-cv-000965-JEO<br>)<br>)<br>)<br>)<br>) |

## ORDER

On November 17, 2010, the parties in the above case consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636(c), after the plaintiffs had filed objections to the court's Report and Recommendation. (Docs. 24, 22, respectively). On November 30, 2010, a conference call was held in which the parties clarified their intent for the undersigned to address the plaintiffs' Objections to its Report and Recommendation as a Motion to Reconsider the same, and to rule dispositively upon all matters pertinent to this action.

Accordingly, the court hereby **ADOPTS** its Report and Recommendation as its Memorandum Opinion as to the plaintiffs' Motion for Partial Summary Judgment (doc. 7), and treats the plaintiffs' Objections to the Report and Recommendation as a Motion to Reconsider the same. To the extent the plaintiffs wish to preserve any factual disputes by objecting to the court's representation of facts relevant to this case, both parties are notified that the court's rendering of facts upon considering a motion for summary judgment are the facts for summary judgment purposes only, and may not be the actual facts. *See Cox v. Administrator U.S. Steel & Carnegie*, 17 F. 3d 1386, 1400 (11th Cir. 1994) ("what we state as 'facts' in this opinion for purposes of

reviewing the rulings on the summary judgment motion [ ] may not be the actual facts.") (citation omitted).  Therefore, the plaintiffs' Objections are hereby **OVERRULED**, and the Motion to Reconsider is hereby **DENIED**.

    **DONE** this 30th day of November, 2010.

                                                 **JOHN E. OTT**
                                                 United States Magistrate Judge